DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOEL I. JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1089

[August 4, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 502014CF008606AXXMB.

Joel I. Jones, Crawfordville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Reynolds v. State,* 99 So. 3d 459 (Fla. 2012).

CONNER, C.J., GROSS and GERBER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***